IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RICHARD FRAUSTO,

    Plaintiff,

v.                                                             No. CIV 07-42 JB/RLP

WARDEN JANECKA, *et al.*,

    Defendants.

## ORDER

**THIS MATTER** comes before the Court on the Magistrate Judge's Report & Recommendation, filed February 20, 2008 (Doc. 38). The Plaintiff Richard Frausto, filed objections thereto. The Court has conducted a *de novo* review of the record and finds that the objections are not well-taken. The Court adopts the Magistrate Judge's Report & Recommendation, and the case is dismissed without prejudice.

**IT IS ORDERED** that the Magistrate Judge's Report & Recommendation is adopted by the Court, and this case is dismissed without prejudice.

_____
UNITED STATES DISTRICT JUDGE